For Clerk's Office Use

| Judge | Rec'd |
| --- | --- |
| J | |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 09 2019

JULIA C. DUDLEY, CLERK
BY: A Seagle
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTICT OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983**

Leonard Eugene BLAckwell JR.
Plaintiff full name

41200206
Inmate No.

v. **CIVIL ACTION NO.** 7:19CV556

Lynchburg Police Department
Defendant(s) full name(s)

*****************************************************************************************************

A. Current facility and address: Amherst county Adult Detention center P.O Box 1150 madison Heights VA. 24572

B. Where did this action take place? whetzel's Automotive Lynchburg VA.

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes ✓ No

If your answer to A is Yes, answer the following:

1. Court: ____________________

2. Case Number: ____________________

D. Have you filed any grievances regarding the facts of this complaint?

_____ Yes ✓ No

1. If your answer is Yes, indicate the result:

____________________

I couldn't find a lawyer to handle it
2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

on 10-13-17 while at my Job I was approached by 2 LPD police and told I was under arrest when I asked what for they said they didn't know and placed me

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

I seek compensation for wrongful arrest, and mental distress

G. If this case goes to trial do you request a trial by jury? Yes _____ No ✓

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 8-6-19 SIGNATURE: Leonard E Blackwell JR.

VERIFICATION:
I, Leonard Eugene Blackwell JR., state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 8-6-19 SIGNATURE: Leonard E Blackwell JR

claim#1 in handcuffs in front of my daughter and Boss and read my rights while my daughter began crying hysterically I was placed in the back of the car and transported to the magistrate where one of the police went in to get the paperwork on me he came out shaking his head got in the car where him and his partner had a conversation with eachother then opened the divider and told me they made a mistake they weren't supposed to arrest me they only had protection order paperwork to serve on me. then took me back to my Job. my daughter was so emotional she needed her medication, to calm down I was then told that due to my being arrested in front of customer's I was being let go so it wouldn't have a negitive effect on customers.